GODFREY MILLER, Appellant, *v.* CITY OF BUFFALO, Respondent.

Reported below, 136 App. Div. 914.
(Argued May 31, 1910; decided June 7, 1910.)

MOTION for leave to withdraw an appeal from an order of
the Appellate Division of the Supreme Court in the fourth
judicial department, entered January 31, 1910, which reversed
a judgment in favor of plaintiff entered upon a verdict and
an order denying a motion for a new trial and granted a new
trial in an action to recover for personal injuries alleged to
have been sustained through defendant's negligence.

The motion was made upon the ground that the reversal
by the Appellate Division was upon the facts, and, therefore,
not appealable to the Court of Appeals.

*William H. Sullivan* for motion.

*Harry D. Sanders* opposed.

Motion granted upon payment by appellant of costs, not including costs of argument, and ten dollars costs to respondent for opposing motion ; unless such payment is made within twenty days after service of a copy of this order the appeal is dismissed, with costs and ten dollars costs of motion.